| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF ARIZONA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Cane Creek Alliance Construction & Development LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **87-2253512** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**3030 NW Expressway, Suite 200B**<br>**Oklahoma City, OK 73112**<br>Number, Street, City, State & ZIP Code<br><br>**Oklahoma**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**4744 E. Foothill Drive Paradise Valley, AZ 85253**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Case 2:24-bk-01231-BKM    Doc 1    Filed 02/21/24    Entered 02/21/24 10:09:50    Desc
Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2
Main Document     Page 2 of 10

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**       *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Cane Creek Alliance Construction & Development LLC**  
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 21, 2024**
MM / DD / YYYY

**X /s/ Kenny Smith**
Signature of authorized representative of debtor

**Kenny Smith**
Printed name

Title **Manager and Sole Member**

Email Address of debtor

**18. Signature of attorney**

**X /s/ Chris D. Barski**
Signature of attorney for debtor

Date **February 21, 2024**
MM / DD / YYYY

**Chris D. Barski 024321**
Printed name

**Barski Law PLC**
Firm name

**9332 N. 95th Way, Suite 109
Scottsdale, AZ 85258**
Number, Street, City, State & ZIP Code

Contact phone **(602) 441-4700**   Email address **cbarski@barskilaw.com**

**024321 AZ**
Bar number and State

2/21/24 9:59AM

Case 2:24-bk-01231-BKM   Doc 1   Filed 02/21/24   Entered 02/21/24 10:09:50   Desc
Main Document   Page 4 of 10

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

| Fill in this information to identify the case: |
|---|
| Debtor name **Cane Creek Alliance Construction & Development LLC** |
| United States Bankruptcy Court for the: **DISTRICT OF ARIZONA** |
| Case number (if known): _____ |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amerigas** PO Box 371473 Pittsburgh, PA 15250 | | **Gas Services/Supplier** | | | | $0.00 |
| **APS** PO Box 37812 Boone, IA 50037 | | **Electric Utilities** | | | | $9,000.00 |
| **Arizona Department of Revenue** 1275 W. Washington Street Phoenix, AZ 85007 | | **Potential Tax Liability** | | | | $0.00 |
| **City of Paradise Valley Tax Department** 6401 E. Lincoln Drive Paradise Valley, AZ 85253 | | **Transaction Privilege Tax** | | | | $0.00 |
| **Cool Waves Pool Care** 1166 E Warner Rd #101 Gilbert, AZ 85296 | | **Pool Contractor** | | | | $235.00 |
| **Elite Lawn Care** 8901 I-35 Service Road Oklahoma City, OK 73149 | | **Landscaping Services** | | | | $0.00 |
| **EPCOR AZ** PO Box 37782 Boone, IA 50037 | | **Water Utilities** | | | | $1,200.00 |
| **Internal Revenue Services** PO Box 7346 Philadelphia, PA 19101 | | **Potential Taxes Owed** | | | | $0.00 |

| Debtor | **Cane Creek Alliance Construction & Development LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Leo Landscaping & Construction Pavers LL**<br>**7410 S 40th Lane**<br>**Phoenix, AZ 85041** | | **Landscape Services** | | | | $600.00 |
| **Maricopa County Treasurer**<br>**301 W. Jefferson Street, Suite 100**<br>**Phoenix, AZ 85003** | | | | | | $0.00 |
| **OKC Utilities Services**<br>**1 N. Walker Ave.**<br>**Oklahoma City, OK 73102** | | **Utilities** | | | | $0.00 |
| **Oklahoma Tax Commission**<br>**2501 N. Lincoln Blvd**<br>**Oklahoma City, OK 73194** | | | | | | $0.00 |
| **Paradise Pools LLC**<br>**7505 E. McCormick Pkwy**<br>**Scottsdale, AZ 85258** | | **Pool Services** | | | | $95.00 |
| **Republic Services LLC**<br>**18500 N. Allied Way**<br>**Phoenix, AZ 85054** | | **Trash** | | | | $200.00 |
| **ROC Capital LLC**<br>**645 Madison Avenue, 19th Floor**<br>**New York, NY 10022** | | **912 NW 8th Street Oklahoma City, OK 73106 Duplex Rental / Prospective Build** | | $450,000.00 | $480,000.00 | $200,000.00 |
| **Spectrum Communications**<br>**4145 S. Falkenburg Road**<br>**Riverview, FL 33578** | | **Internet/Cable Provider** | | | | $150.00 |
| **SSA VTX Assets LLC**<br>**150 Great Neck Road, Suite 102**<br>**Great Neck, NY 11021** | | **4744 E. Foothill Drive Paradise Valley, AZ 85253 4,000 sqft. Single Family Rental/Prospective Renovation and Rebuild** | **Contingent Unliquidated Disputed** | $2,765,558.93 | $3,060,000.00 | $165,558.93 |
| **T-Mobile**<br>**12920 SE 38th Street**<br>**Bellevue, WA 98006** | | **Internet** | | | | $60.00 |

Cane Creek Alliance Construction & Development LLC -

AMERIGAS
PO BOX 371473
PITTSBURGH PA 15250

APS
PO BOX 37812
BOONE IA 50037

ARIZONA DEPARTMENT OF REVENUE
1275 W. WASHINGTON STREET
PHOENIX AZ 85007

AZN INVESTMENTS LLC
41802 N. KACHINA ROAD
CAVE CREEK AZ 85331

CITY OF PARADISE VALLEY TAX DEPARTMENT
6401 E. LINCOLN DRIVE
PARADISE VALLEY AZ 85253

CIVIC REAL ESTATE HOLDINGS III LLC
A2015 MANHATTAN BEACH BLVD., STE 106
REDONDO BEACH CA 90278

COMMUNICATIONS FEDERAL CREDIT UNION
4141 NW EXPRESSWAY, SUITE 200
OKLAHOMA CITY OK 73116

COMMUNICATIONS FEDERAL CREDIT UNION
4141 NW EXPRESSWAY, SUITE 200
OKLAHOMA CITY OK 73116

COMMUNICATIONS FEDERAL CREDIT UNION
4141 NW EXPRESSWAY, SUITE 200
OKLAHOMA CITY OK 73116

COMMUNICATIONS FEDERAL CREDIT UNION
4141 NW EXPRESSWAY, SUITE 200
OKLAHOMA CITY OK 73116

COOL WAVES POOL CARE
1166 E WARNER RD #101
GILBERT AZ 85296

Cane Creek Alliance Construction & Development LLC -

ELITE LAWN CARE
8901 I-35 SERVICE ROAD
OKLAHOMA CITY OK 73149


EPCOR AZ
PO BOX 37782
BOONE IA 50037


INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA PA 19101


JOHN CRAIGER
POLSINELLI PC
1 E. WASHINGTON, SUITE 1200
PHOENIX AZ 85004


LEO LANDSCAPING & CONSTRUCTION PAVERS LL
7410 S 40TH LANE
PHOENIX AZ 85041


MARICOPA COUNTY TREASURER
301 W. JEFFERSON STREET, SUITE 100
PHOENIX AZ 85003


OKC UTILITIES SERVICES
1 N. WALKER AVE.
OKLAHOMA CITY OK 73102


OKLAHOMA TAX COMMISSION
2501 N. LINCOLN BLVD
OKLAHOMA CITY OK 73194


PARADISE POOLS LLC
7505 E. MCCORMICK PKWY
SCOTTSDALE AZ 85258


REPUBLIC SERVICES LLC
18500 N. ALLIED WAY
PHOENIX AZ 85054


ROC CAPITAL LLC
645 MADISON AVENUE, 19TH FLOOR
NEW YORK NY 10022

Cane Creek Alliance Construction & Development LLC -

SPECIAL SERVICE AMERICA LLC
15 CUTTERMILL ROAD, SUITE 270
GREAT NECK NY 11021


SPECTRUM COMMUNICATIONS
4145 S. FALKENBURG ROAD
RIVERVIEW FL 33578


SSA VTX ASSETS LLC
150 GREAT NECK ROAD, SUITE 102
GREAT NECK NY 11021


T-MOBILE
12920 SE 38TH STREET
BELLEVUE WA 98006


T-MOBILE
PO BOX 37380
ALBUQUERQUE NM 87176

# United States Bankruptcy Court
## District of Arizona

In re **Cane Creek Alliance Construction & Development LLC**  
　　　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Cane Creek Alliance Construction & Development LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Kenneth Lionel Smith Jr.**  
**304 S. Jones Blvd. #1479**  
**Las Vegas, NV 89107**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 21, 2024** | **/s/ Chris D. Barski** |
| Date | **Chris D. Barski 024321** |
| | Signature of Attorney or Litigant |
| | Counsel for **Cane Creek Alliance Construction & Development LLC** |
| | **Barski Law PLC** |
| | **9332 N. 95th Way, Suite 109** |
| | **Scottsdale, AZ 85258** |
| | **(602) 441-4700 Fax:(602) 680-4305** |
| | **cbarski@barskilaw.com** |